**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:    **Morris M Steinberg**

Debtor(s).

Case No.  **1-15-45721**

Chapter  **7**

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

__Morris M Steinberg__, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter **7** of the Bankruptcy Code on **December 24, 2015**.

2. Filed herewith is an amendment to **Schedule D** previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

Dated: **January 5, 2016**

**/s/ Morris M Steinberg**
**Morris M Steinberg**
Debtor

Sworn to before me this **5th**
day of **January, 2016**.

**/s/Abraham Backenroth**
Notary Public, State of New York

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.